

**MEMO ENDORSED**

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

August 11, 2023

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *R.J. v. N.Y.C. Dep't of Education*, 23-cv-3043 (KPF)(GWG)

Dear Judge Failla:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

I write to respectfully request a 6-week adjournment of the upcoming conference, from August 23, 2023 to October 4, 2023. Plaintiff consents to this request. This is the first request for an adjournment of the conference. The adjournment will permit the parties to continue settlement negotiations. The parties are hopeful that they can settle this matter without further burden on the Court's time. Thank you for considering this request.

Respectfully submitted,

/s/
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc:   Kevin Mendillo, Esq. (via ECF)

Application GRANTED.  The initial pretrial conference currently scheduled for August 23, 2023, is hereby ADJOURNED to 4:00 p.m. on **October 4, 2023**.

The Clerk of Court is directed to terminate the motion at docket entry 12.

Dated:   August 11, 2023          SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE