

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK
LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

September 28, 2023

**VIA ECF**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



Re:  *R.J. v. N.Y.C. Dep't of Education*, 23-cv-3043 (KPF)(GWG)

Dear Judge Failla:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, the Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §1400, *et seq.*, as well as for this action.

I write to respectfully request that the October 4, 2023 conference be adjourned *sine die*, and that the parties be allowed to submit a further joint status letter by November 6, 2023. Plaintiff consents to this request. This is the first request to adjourn the conference *sine die*. The parties have been engaged in active settlement negotiations, and an adjournment will permit the parties to continue settlement discussions. The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, the parties request that the October 4, 2023 conference be adjourned *sine die*, and that they be allowed to submit a further joint status letter by November 6, 2023. Thank you for considering these requests.

Respectfully submitted,

                                                                  /s/
_____
Martha Nimmer, Esq.
Special Assistant Corporation Counsel

cc:    Kevin Mendillo, Esq. (via ECF)

```
Application GRANTED.  The initial pretrial conference scheduled
for October 4, 2023 is hereby ADJOURNED sine die.

The parties are hereby ORDERED to submit a joint status update
regarding their ongoing settlement negotiations on or before
November 6, 2023.

The Clerk of Court is directed to terminate the motion at docket
entry 14.



 Dated:    September 28, 2023        SO ORDERED.
           New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE